## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

JESUS GARCIA and NORMA GARCIA,

    Plaintiffs,

v.                                                        No.: 2:23-cv-00400-KG-GBW

ALLSTATE VEHICLE AND PROPERTY
INSURANCE COMPANY,

    Defendant.

### STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER, having come before the Court upon the Stipulation of the Parties for a Dismissal of all claims or potential claims that have been brought or could have been brought by the Plaintiffs, Jesus Garcia and Norma Garcia, against the Defendant Allstate Vehicle and Property Insurance Company, in the Complaint filed herein, the Court FINDS that the Stipulation of Dismissal with Prejudice is well taken.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED, that Plaintiffs' Complaint as against Defendant Allstate Vehicle and Property Insurance Company, be and hereby is dismissed with prejudice.

IT IS FURTHER ORDERED that all claims brought, or that could have been brought, in the Complaint between the parties are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that each party is to bear its own costs and attorney fees.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

**STIFF, GARCIA & ASSOCIATES, LLC**

By  */s/ Kathy L. Black*
Kathy L. Black, Esq.
John S. Stiff, Esq.
500 Marquette Ave. NW, Ste 1400
Albuquerque, New Mexico 87102
(505) 243-5755
kblack@stifflaw.com
jstiff@stifflaw.com
*Attorneys for Defendant*


**JM Munoz Law Firm, PLLC**

By  */s/ Jose M. Munoz*
Jose Manuel Munoz, Esq.
5823 N. Mesa St. #720
El Paso, TX 79912
(915) 356-1400
Jmlaw915@gmail.com
*Attorney for Plaintiffs*